UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ, | CASE NO.: 1:09-CV-00899-LJO-DLB |
| Plaintiff, | |
| vs. | ORDER ON PLAINTIFF'S APPLICATION TO EXTEND DEADLINE TO SERVE COMPLAINT AND SUMMONS |
| Derral G. ADAMS, Warden, Corcoran State Prison, William J. MCGUINNESS, M.D., Chief Medical Officer, Corcoran State Prison, Frances GARZA, nurse, Emily VARGAS, nurse, Catherine NACAR, nurse, Michael VAN NATTA, nurse, Mark SMITH, nurse, Cornelio GARCIA, correctional officer, Paul SENA, correctional officer, and DOES 1 through 50, inclusive, | Hearing Date: None<br>Time: None<br>Dept.: Department 9<br>Judge: Hon. Dennis L. Beck |
| Defendants. | |

The Court having reviewed Plaintiff's application to extend the deadline to serve the complaint and summons, and good cause having been found, the deadline is extended 120 days to January 19, 2009. The Mandatory Scheduling Conference is now set for 3/2/2010 at 9:00 am before Magistrate Judge Beck.

IT IS SO ORDERED.

Dated: **September 4, 2009**        **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE