Ken I. Karan, Esq., California State Bar No. 204843
kkaran.law@gmail.com
LAW OFFICE OF KEN I. KARAN
3631-D Village Circle
Carlsbad, CA 92008
(760) 420-5488
Fax (866) 841-5420

Attorney for Plaintiff Steven C. Martinez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>Derral G. ADAMS, Warden, Corcoran State Prison, William J. MCGUINNESS, M.D., Chief Medical Officer, Corcoran State Prison, Frances GARZA, nurse, Emily VARGAS, nurse, Catherine NACAR, nurse, Michael VAN NATTA, nurse, Mark SMITH, nurse, Cornelio GARCIA, correctional officer, Paul SENA, correctional officer, and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO.: 1:09-CV-00899-LJO-DLB<br><br>STIPULATION OF THE PARTIES TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br><br>Hearing Date: March 2, 2010<br>Time: 9:00 a.m.<br>Location: Department 9<br>Judge: Hon. Dennis L. Beck |

      Plaintiff, by and through counsel, Ken I. Karan, and Defendants, by and through counsel David A. Carrasco, stipulate as follows:

1.     Defendants have filed a motion to dismiss the above captioned case.

2.     The hearing on the motion is set for March 11, 2010.

3.     The Court has set the Mandatory Scheduling Conference for March 2, 2010.

4.     The parties' input to the Joint Scheduling Conference Report will be affected by the outcome of the motion.

5.     In order to make the best use of the Court's time, the parties agree to continue the

1
STIPULATION OF THE PARTIES TO CONTINUE MANDATORY SCHEDULING CONFERENCE

1 Mandatory Scheduling Conference to a date 30 days after the March 2 hearing, or to a date the
2 Court finds appropriate given the need to meet and confer and draft the Joint Scheduling
3 Conference Report.
4     So stipulated,

6 Dated: February 10, 2010         Signed:        /s/
7                                  Ken I. Karan, Esq.
                                   Attorney for Plaintiff

9 Dated: February 10, 2010         Signed:        /s/
10                                 David A. Carrasco, Esq.
11                                 Supervising Deputy Attorney General
                                   Attorneys for Defendants

13     Having reviewed the stipulation to modify the Court's order, and having found good
14 cause therefore, the stipulation is the order of the court. The Mandatory Scheduling Conference
15 is continued to April 22, 2010 at 9:30 a.m.

    IT IS SO ORDERED.

    **Dated:    February 11, 2010**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

2

STIPULATION OF THE PARTIES TO CONTINUE MANDATORY SCHEDULING CONFERENCE