1  Ken I. Karan, Esq., California State Bar No. 204843
   kkaran.law@gmail.com
2  LAW OFFICE OF KEN I. KARAN
   3631-D Village Circle
3  Carlsbad, CA 92008
   (760) 420-5488
4  Fax (866) 841-5420

5  Attorney for Plaintiff Steven C. Martinez

6

7

8                    UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 _____
   STEVEN C. MARTINEZ,                      )   CASE NO.: 1–09–CV–00899–LJO–DLB
11                                          )
                                Plaintiff,  )
12                                          )   STIPULATION OF THE PARTIES TO
   vs.                                      )   CONTINUE MANDATORY SCHEDULING
13                                          )   CONFERENCE
   Derral G. ADAMS, Warden, Corcoran        )
14 State Prison, William J. MCGUINNESS,     )
   M.D., Chief Medical Officer, Corcoran    )
15 State Prison, Frances GARZA, nurse,      )
   Emily VARGAS, nurse, Catherine NACAR     )
16 , nurse, Michael VAN NATTA, nurse,       )
   Mark SMITH, nurse, Cornelio GARCIA,      )
17 correctional officer, Paul SENA,         )   Hearing Date:    March 2, 2010
   correctional officer, and DOES 1 through )   Time:            9:00 a.m.
18 50, inclusive,                           )   Location:        Department 9
                                            )   Judge:           Hon. Dennis L. Beck
19                             Defendants.   )
   _____         )
20

21        Plaintiff, by and through counsel, Ken I. Karan, and Defendants, by and through counsel

22 David A. Carrasco, stipulate as follows:

23 1.     Defendants have filed a motion to dismiss the above captioned case.

24 2.     The hearing on the motion is set for March 11, 2010.

25 3.     The Court has set the Mandatory Scheduling Conference for March 2, 2010.

26 4.     The parties' input to the Joint Scheduling Conference Report will be affected by the

27 outcome of the motion.

28 5.     In order to make the best use of the Court's time, the parties agree to continue the

                                           1
STIPULATION OF THE PARTIES TO CONTINUE MANDATORY SCHEDULING CONFERENCE

1 Mandatory Scheduling Conference to a date 30 days after the March 2 hearing, or to a date the

2 Court finds appropriate given the need to meet and confer and draft the Joint Scheduling

3 Conference Report.

4   So stipulated,

5

6 Dated: February 10, 2010    Signed: _____/s/_____

7            Ken I. Karan, Esq.
            Attorney for Plaintiff
8

9

10 Dated: February 10, 2010    Signed: _____/s/_____

11          David A. Carrasco, Esq.
          Supervising Deputy Attorney General
          Attorneys for Defendants
12

13

14   Having reviewed the stipulation to modify the Court's order, and having found good

15 cause therefore, the stipulation is the order of the court. The Mandatory Scheduling Conference

16 is continued to  April 22, 2010  at  9:30  a.m.

17

18  IT IS SO ORDERED.

19  **Dated:   February 11, 2010**   **/s/ Dennis L. Beck**
         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION OF THE PARTIES TO CONTINUE MANDATORY SCHEDULING CONFERENCE