1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

9
10

STEVEN C. MARTINEZ,

11

Plaintiff,

12

vs.

13

Frances GARZA, nurse, Emily VARGAS,
nurse, Catherine NACAR , nurse, Michael
14  VAN NATTA, nurse, Mark SMITH, nurse,
Cornelio GARCIA, correctional officer,
15  Paul SENA, correctional officer, and DOES
1 through 50, inclusive,

16

17

Defendants.

18

CASE NO.: 1:09-CV-00899-LJO-DLB

ORDER ON APPLICATION TO
CONTINUE THE HEARING ON
DEFENDANTS' MOTION FOR
SUMMARY ADJUDICATION

Hearing Date:      June 11, 2010
Time:              9:00 a.m.
Location:          Department 9
Judge:             Hon. Dennis L. Beck

19        Having considered the application made by Plaintiff to continue the hearing on

20  Defendants' motion for summary adjudication, et al., the Court grants the application as follows:

21        Defendants' motion currently set to be heard on June 11, 2010, is continued to June 25,

22  2010, at 9:00 a.m., in Department 9.

23

24        IT IS SO ORDERED.

25        Dated:    **May 20, 2010**            _____/s/ **Dennis L. Beck**_____
                                                 UNITED STATES MAGISTRATE JUDGE

26

27

28