EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1938
 Fax:  (916) 324-5205
 E-mail:  David.Carrasco@doj.ca.gov

*Attorneys for Defendants Garza, Nacar,
Smith, Van Natta, and Vargas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN C. MARTINEZ,**<br><br>                             Plaintiff,<br><br>v.<br><br>**GARZA, et al.,**<br><br>                             Defendants. | 1:09-cv-00899 LJO DLB<br><br>**STIPLULATION AND ORDER TO VACATE SCHEDULED TRIAL AND PRETRIAL CONFERENCE**<br><br>Pretrial Conference:  1/6/2011<br>Trial Date: 2/22/2011<br>Action Filed: 5/21/2009 |

The parties stipulate to vacating the scheduled trial and pretrial conference dates and resetting them, if necessary, after the Court has ruled on Defendants' pending motion to dismiss and motion for summary judgment.

Under the scheduling order filed on April 28, 2010, a pretrial conference is set for January 6, 2011, and the trial is set to begin on February 22, 2011.  (CR 32.)  In addition, under Local Rule 281(a)(2), the parties joint pretrial statement is currently due on December 28, 2010. Defendants filed a motion to dismiss and motion for summary judgment addressing all remaining claims in this action.  (CR 54.)  On November 15, 2010, a few days before the scheduled hearing of Defendants' motion to dismiss and motion for summary judgment, the Court issued a minute

order stating that no hearing was necessary and that it would issue a written order. (CR 59.) But the Court has yet to issue that order.

The parties' expenditure of time to prepare for trial will be wasted if the Court grants Defendants' pending motion. Moreover, Plaintiff's counsel has a conflict on the week of February 22, 2011, when the trial is currently scheduled for this action. So, a trial continuance is needed for that reason as well.

Dated: December 9, 2010        **/s/ Ken I. Karan (Signature maintained on file.)**
Ken I. Karan
Law Office of Ken I. Karan
Attorney for Plaintiff *Steven Martinez*

Dated: December 10, 2010       **/s/ David A. Carrasco**
David A. Carrasco
Office of the Attorney General
Attorney for Defendants
*Garza, Nacar, Smith, Van Natta, and Vargas*

## ORDER

Having reviewed the stipulation of the parties, and good cause showing, the trial and pretrial dates shall be vacated and reset, if necessary, after the Court rules on Defendants' pending motion to dismiss and motion for summary judgment.

IT IS SO ORDERED.

Dated:   **December 13, 2010**           /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE