1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>Frances GARZA, nurse, Emily VARGAS, nurse, Catherine NACAR , nurse, Michael VAN NATTA, nurse, Mark SMITH, nurse,<br><br>   Defendants. | CASE NO.:   1:09-CV-00899-LJO-DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION** |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters, including a final ruling on Defendants' motion for summary judgment; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:    January 28, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1